AUSA: Andrew Picek Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Task Force Officer: James Reeves Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Keith Morgan

Case No.
Case: 2:26−mj−30563
Assigned To : Unassigned
Assign. Date : 9/11/2026
Description: USA v. Sealed (jo)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 31, 2024 - August 16, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

James Reeves, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: September 11, 2026

City and state: Detroit, MI

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, James Reeves, being duly sworn, depose and state the following:

## I. INTRODUCTION

1. I am a Detective with the Detroit Police Department and a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives. I have been employed with the Detroit Police Department since February 2019. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law.

2. I have received extensive training at and successfully graduated from the Detroit Police Training Academy as a Police Officer. I was assigned to the Seventh Precinct after completing the Detroit Police Training Center. During my time as a patrol officer, I responded to various types of calls for service including weapons offenses, assaults, accidents, shootings, and homicides. I also conducted traffic investigations, citizen complaints, and independent investigations based on suspected criminal activity. In June of 2020, I was assigned to the Seventh Precinct Special Operations Unit. This unit is responsible for apprehending violent offenders, conducting drug related investigations, interviewing witnesses, interrogating suspects, managing crime scenes, investigating gun related crimes, and preparing and executing search warrants. In May of 2023, I was assigned to

the Firearms Investigative Team. This unit is responsible for investigating individuals suspected of committing federal firearms related violations. In September of 2024, I was promoted to the rank of Detective, where I then successfully completed Detective School, held within the Detroit Police Department. During my time in law enforcement as a police officer and detective, I have participated in numerous criminal investigations involving firearms crimes, armed drug trafficking violations, and offenses by criminal street gangs, among others. As a TFO with ATF, I have conducted or participated in criminal investigations involving the possession, use, manufacturing, and trafficking of firearms, drug trafficking, and other state and federal offenses.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. ATF is currently investigating Keith MORGAN (DOB: xx/xx/1991), for violating 18 U.S.C. § 922(g)(1), being a felon in possession of a firearm.

## II. PROBABLE CAUSE

5. On August 16, 2026, a Detroit Police Department sergeant was working regular patrol near West Grand Boulevard and West Fort Street, in Detroit. During this patrol, the sergeant observed a white Chevy Suburban with apparent illegally tinted windows traveling on West Fort Street. The sergeant also ran the license plate on the Suburban and learned the vehicle was not insured. The sergeant activated his overhead lights and sirens and conducted a traffic stop on the Suburban.

6. The sergeant approached the driver's window and spoke to the lone occupant and driver, Keith MORGAN. MORGAN told the officer he did not have a valid driver's license and provided his Michigan State ID Card. The sergeant returned to his scout car and confirmed that MORGAN's license had been suspended and that he had several open traffic warrants for his arrest. Consequently, the sergeant determined that the vehicle was to be impounded and called for an additional unit to assist him.

7. The sergeant returned to MORGAN and asked him to step out of the vehicle where he was detained pending further investigation. An assisting officer on scene began to conduct an inventory prior to towing the vehicle. During the inventory, the officer found a loaded Glock 23C, .40 caliber pistol, serial #ABKK232. The officer found the firearm in a readily accessible built-in storage

compartment behind the radio.

**A. NIBIN**

8. Officers test fired the Glock 23C handgun and the spent casing was entered into the National Integrated Ballistic Information Network (NIBIN) for comparison to other fired casings from other crime scenes in the database. NIBIN returned a preliminary match for five incidents in or around the city of Detroit, dating back to an incident on October 1, 2018:

9. On October 1, 2018, MORGAN's girlfriend, PERSON 1, was arrested in possession of the same firearm in connection with a felonious assault. Officers test fired the gun, collected casings, and the firearm was later returned to her.

10. On May 15, 2019, MORGAN's girlfriend, PERSON 1, was again arrested in possession of the same firearm in connection with an aggravated assault. Officers test fired the gun, collected casings, and the firearm was later returned to her.

11. On October 27, 2023, a fired casing from the gun was collected after a ShotSpotter call in Highland Park, MI.

12. On August 31, 2024, two suspects fired shots outside a café in Detroit, injuring one person. Surveillance video captured a white Chevy Suburban or Tahoe driven by one of the suspects. Other people at the café identified one of

the shooters as a person there for his birthday party and showed officers a picture of a flyer on social media posted to MORGAN's Facebook Account. MORGAN's birthday is near the date of the shooting. Officers reviewed pictures on the account and surveillance video and identified MORGAN as one of the suspects in that shooting. Fired casings were collected from the scene, with at least one matching MORGAN's gun.

13. On October 24, 2025, MORGAN went to the hospital with a gunshot wound. He told officers he was at a party when a fight broke out, and he tried to stop it when someone across the street opened fire with a gun. Fired casings were collected from the scene, with at least one matching MORGAN's gun.

**B. THE CHEVY SUBURBAN**

14. The 2015 White Chevy Suburban driven by MORGAN is registered to MORGAN's girlfriend, PERSON 1, and has been since at least February 2024.

15. On February 10, 2024, MORGAN was stopped by Detroit Police driving the same vehicle.

**C. THE SUBJECT FIREARM**

16. Detroit Pistol Ownership Records show that PERSON 1 registered the Glock 23C, .40 caliber pistol, serial #ABKK232 on November 30, 2016.

17. On August 27, 2026, I contacted ATF Interstate Nexus Expert Special Agent Jimmie Pharr and provided information about the Glock 23C handgun.

Special Agent Pharr concluded that the firearm was manufactured outside the State of Michigan and therefore traveled in and affected interstate commerce.

**D. MORGAN'S CRIMINAL HISTORY**

18. I reviewed records related to MORGAN's criminal history and learned that he has a felony conviction and was sentenced to more than a year in prison. The records indicate that:

   a. MORGAN pleaded guilty to felony assault with intent to do great bodily harm in 2014 and was sentenced to 3 years in prison.

19. Based on my training and experience, defendants are warned of the maximum penalty when they enter a plea of guilty to a felony. Additionally, defendants are advised that they are pleading guilty to a felony. And based on the number of MORGAN's conviction and the time he has spent incarcerated as a result of said conviction, there is probable cause to believe that MORGAN is aware of his status as a convicted felon.

## IV. CONCLUSION

20. Based on these facts, there is probable cause that Keith MORGAN, a convicted felon aware of his felony conviction, did knowingly and intentionally possess a Glock 23C, .40 caliber pistol, said firearm having affected interstate commerce, in violation of 18 U.S.C. 922(g)(1) (being a felon in possession of a firearm), between on or about August 31, 2024, and August 16, 2026, in Detroit, Michigan, in the Eastern District of Michigan

James Reeves, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
And/or by reliable electronic means

Honorable David R. Grand
United States Magistrate Judge

Dated: September 11, 2026